UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERITHA SMITH, KENDRA GARCIA, LASHONDA DANDRIDGE, and ASHLEY COLLIER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:10-00873 ) Judge Sharp |
| DRAUGHONS JUNIOR COLLEGE, INC. d/b/a DAYMAR INSTITUTE, | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's Motions for Summary Judgment with respect to the claims brought by Plaintiffs Sheritha Smith (Docket No. 39), Kendra Garcia (Docket No. 33), and Lashonda Dandridge (Docket No. 28) are hereby GRANTED IN PART and DENIED IN PART. The Motions are GRANTED with respect to Plaintiffs' outrageous conduct claim under state law, and that claim is hereby DISMISSED WITH PREJUDICE. The Motions are DENIED with respect to Plaintiffs' racial discrimination, retaliation, and hostile work environment claims.

The final pretrial conference will be held on January 13, 2012 at 3:00 p.m., and the jury trial will commence in this case at 9:00 a.m. on January 31, 2012, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE